STATE OF OREGON,
*Respondent,*

*v.*

RICHARD MARION LOGGINS,
*Appellant.*

(C84-03-31267; CA A33641)

700 P2d 1067

David K. Allen, Portland, argued the cause and filed the brief for appellant.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Defendant's assignment of error fails to comply with ORAP 7.19 in that it fails to state whether there was an objection to the amount of restitution and, if so, the basis of that objection. We decline to consider it.

Affirmed.